TRULINCS 45387510 - BROWNING, DILLON SHANE - Unit: BER-G-A

-------------------------------------------------------------------------------

Attached please see below supporting documents:
_____

A) My initial RRC placement confirmation sheet which shows the 15th May 2025 half way house release date.
B) My second RRC placement confirmation Sheet which shows the revised date of 17th March 2026 for my RRC placement and it also shows the change made by BOP in violation of Second Chance Act law due to their budget and financial constraints
C) Proof of my Administrative Remedy Exhaustion

BP-A0522  
JUNE 10  
**U.S. DEPARTMENT OF JUSTICE**

**SUPERVISION RELEASE PLAN** CDFRM

**FEDERAL BUREAU OF PRISONS**

| Institution Name: BERLIN FCI | Date |
|---|---|
| Address: P.O. BOX 69<br>BERLIN, NH 03570<br>Phone Number: (603)342-4000 | 03/03/2025 |

Under the law I become eligible for:  ☑ Supervised Release   ☐ Parole   ☐ Mandatory Release   on  12/16/2026 (Date).

I submit the following as my plans for the service of the remainder of my sentence under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office within 72 hours of my release.

### Residence

| ADDRESS | 742 Robinwood Ave, Apt B, South Columbus, OH |
|---|---|
| WITH WHOM RELATIONSHIP | 43214, US FRIEND, Maria Dela Cruz |
| TELEPHONE | Mobile 929-530-0167 |

### Employment

| COMPANY AND SUPERVISOR'S NAME | |
|---|---|
| ADDRESS | |
| TELEPHONE | |
| NATURE OF BUSINESS | |

### TO BE COMPLETED BY INSTITUTION STAFF

| SENTENCING DISTRICT | WEST VIRGINIA, SOUTHERN DISTRICT |
|---|---|
| RELOCATION DISTRICT | OHIO, SOUTHERN DISTRICT |
| DETAINERS | N/A |
| SPECIAL CONDITIONS | Inmate must submit to testing, must be employed or must register and remain active with Workforce West Virginia. Inmate must complete community service and shall not possess firearms or organic or synthetic intoxicants. |
| REMARKS | Inmate is being referred for an RRC date of 03-17-2026. |

| Printed Name and Signature of Inmate<br>BROWNING, DILLON SHANE  /s/ Dillon Browning | Register No.<br>45387-510 |
|---|---|
| Witness (Case Manager) Printed Name and Signature<br>R. Cruz  /s/ | Date<br>03/03/2025 |
| Review (Unit Manager) Printed Name and Signature<br>R. Taylor  /s/ | Date<br>03/03/2025 |

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office or Court Service and Offender Supervision Agency for the District of Columbia. This includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole and Court Designated Parole.

Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate

FILE IN SECTION 5 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 5**

# FEDERAL CORRECTIONAL INSTITUTION
## BERLIN, NEW HAMPSHIRE
### INFORMAL RESOLUTION

Inmate Name: Dillon Brown   Reg. No. 45387-510
Unit: Camp   Date: 4-2-25

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. **State your complaint**: Halfway house date was changed to only 60 days which is violation of Second Chance act

2. **State what actions you have made to informally resolve your complaint**: Spoke to case manager

3. **State what resolution you expect**: to have my date re-evaluated per the 5 step process mandated in Second Chance act law and new date assigned

Inmate's Signature: Dillon Brown   Date: 4-2-25

4. Correctional Counselor's Comments (Steps Taken to Resolve): _____
See attached response

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

_____   _____
Correctional Counselor      Unit Manager

4/2/25                      4/2/25
Date                        Date

|          | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|----------|-------------|---------------|-------------|---------------|--------------|
| DATE     | 4/2/25      | 4/2/25        |             |               |              |
| TIME     |             |               |             |               |              |
| COUNSELOR|             |               |             |               |              |

In response to ongoing budget constraints, effective immediately, all inmates releasing to the community under the Second Chance Act (SCA) authority after April 21, 2025, will have their dates adjusted and reduced to 60 days, in order to bring the Residential Reentry Management Branch cost centers into alignment with the Bureau's appropriated funding levels until further notice.

Inmates who have earned and are eligible to apply First Step Act Time Credits to pre-release custody should continue to be referred to the community regardless of the amount of time earned. Institutions should continue all individualized assessments; ensuring referrals under SCA are no more than 60 days. Effective March 31, 2025, the Auto-Calculator was updated to reflect a default to zero (0) days for SCA placement days (instead of the previous 365 days).