

Dillan Browning 45387-510
Federal Correctional Institution
FCI Berlin
P.O BOX 9000
Berlin, NH 03570

WHITE RIV JCT VT 050
7 APR 2025 PM 2 L

⇔45387-510⇔
United States Court House
Attn: Clerk of the Court
55 Pleasant ST
Room # 110
Concord, NH 03301
United States

03301-394135